## CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Nephron Pharmaceuticals
Attn: Anita Wessinger
4500 12th Street Ext.
West Columbia, SC 29172

Nephron Pharmaceuticals
Attn: Daniel Stoner, CFO
4500 12th Street Ext.
W. Columbia, SC 29172
☒Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Nephron Pharmaceuticals Corporation
Attn: Lou Kennedy, President and CEO
4500 12th Street Extension
West Columbia, SC 29172

C T Corporation System,
R/A for Nephron Pharmaceuticals
1200 South Pine Island Road
Plantation, FL 33324

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    February 4, 2022    Signature    /s/ Gini L. Downing_____

            Print Name:        Gini L. Downing_____
                               Pachulski Stang Ziehl & Jones LLP
                               10100 Santa Monica Blvd.
                               13th Floor
            Business Address:  Los Angeles, CA 90067_____

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER:** *COMPLETE THIS SECTION*

- ▪ Complete items 1, 2, and 3.
- ▪ Print your name and address on the reverse so that we can return the card to you.
- ▪ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C T Corporation System,
R/A for Nephron Pharmaceuticals
1200 South Pine Island Road
Plantation, FL 33324

9590 9402 3367 7227 2949 85

2. Article Number *(Transfer from service label)*

7017 2400 0000 3985 8138

PS Form **3811**, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature **RECEIVED**
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* FEB 07 2022
C. Date of Delivery


C T CORPORATION

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt