# CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Nephron Pharmaceuticals
Attn: Anita Wessinger
4500 12th Street Ext.
West Columbia, SC 29172

Nephron Pharmaceuticals
Attn: Daniel Stoner, CFO
4500 12th Street Ext.
W. Columbia, SC 29172

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Nephron Pharmaceuticals Corporation
Attn: Lou Kennedy, President and CEO
4500 12th Street Extension
West Columbia, SC 29172

C T Corporation System,
R/A for Nephron Pharmaceuticals
1200 South Pine Island Road
Plantation, FL 33324

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date      <u>February 4, 2022</u>      Signature   <u>/s/ Gini L. Downing</u>

     Print Name:      <u>Gini L. Downing</u>
                                Pachulski Stang Ziehl & Jones LLP
                                10100 Santa Monica Blvd.
                                13th Floor
     Business Address:     <u>Los Angeles, CA 90067</u>

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Walter Smoak   C. Date of Delivery |
| 1. Article Addressed to:<br>Nephron Pharmaceuticals Corporation<br>Attn: Lou Kennedy, President and CEO<br>4500 12th Street Extension<br>West Columbia, SC 29172 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖ 9590 9402 3367 7227 2949 92 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3985 8145 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053                                           Domestic Return Receipt