UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                Plaintiff,<br>  v.<br><br>NEPHRON PHARMACEUTICALS CORPORATION,<br><br>                Defendant. | Adv. Proc. No. 2-22-02069 (PRW) |

## *EX PARTE* MOTION FOR ADMISSION OF JULIO E. MENDOZA, JR. *PRO HAC VICE*

1.  I, Julio E. Mendoza, Jr., the undersigned, certify that I am a member of the law firm of Nexsen Pruet, LLC, located at 1230 Main Street, Suite 700, Columbia, South Carolina 29201, and I hereby apply for admission *pro hac vice* in this Court, pursuant to Western District of New York Local Bankruptcy Rule 2090-1(E).

2.  I certify that I am currently admitted to practice in the following state:

| STATE | ADMISSION DATE | ATTORNEY ID NO. |
|---|---|---|
| South Carolina | November 16, 1983 | 3937 |

3. I certify that I am currently admitted to practice in the federal jurisdiction of the State of South Carolina.

4. I certify that I am a member in good standing of the aforesaid bar, that I am not the subject of any disciplinary matter, and that I am personally familiar with the Local Bankruptcy Rules for the Western District of New York and shall abide by those Local Bankrutpcy Rules.

5. I am entering my appearance on behalf of Nephron Pharmaceuticals Corporation, the defendant in the above-referenced adversary proceeding.

WHEREFORE, I respectfully request that the Court enter an Order, substantially in the form attached hereto, granting me admission to practice *pro hac vice* in the United States Bankruptcy Court for the Western District of New York, to serve as counsel on behalf of Nephron Pharmaceuticals Corporation in this adversary proceeding.

Dated: April 5, 2022

NEXSEN PRUET, LLC

s/Julio E. Mendoza, Jr.
Julio E. Mendoza, Jr. (SC Bar No. 3937)
1230 Main Street, Suite 700
Columbia, SC 29201
Post Office Box 2426 (29202)
Telephone: (803) 540-2026
Email: rmendoza@nexsenpruet.com

*Counsel to Defendant Nephron Pharmaceuticals Corporation*