UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>      Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>      Plaintiff,<br> v.<br><br>NEPHRON PHARMACEUTICALS CORPORATION,<br><br>      Defendant. | Adv. Proc. No. 2-22-02069 (PRW) |

## *EX PARTE* MOTION FOR ADMISSION OF CARL H. PETKOFF *PRO HAC VICE*

1. I, Carl H. Petkoff, the undersigned, certify that I am an attorney with the law firm of Nexsen Pruet, LLC, located at 1230 Main Street, Suite 700, Columbia, South Carolina 29201, and I hereby apply for admission *pro hac vice* in this Court, pursuant to Western District of New York Local Bankruptcy Rule 2090-1(E).

2. I certify that I am currently admitted to practice in the following states:

| STATE | ADMISSION DATE | ATTORNEY ID NO. |
|---|---|---|
| South Carolina | February 26, 2021 | 104895 |
| North Carolina | August 31, 2020 | 56379 |

3. I certify that I am currently admitted to practice in the United States District Court for the District of South Carolina, the United States Bankruptcy Court for the District of South Carolina, the United States District Court for the Western District of North Carolina, and the United States Bankruptcy Court for the Western District of North Carolina.

4. I certify that I am a member in good standing of the aforesaid bars, that I am not the subject of any disciplinary matter, and that I am personally familiar with the Local Bankruptcy Rules for the Western District of New York and shall abide by those Local Bankrutpcy Rules.

5. I am entering my appearance on behalf of Nephron Pharmaceuticals Corporation, the defendant in the above-referenced adversary proceeding.

WHEREFORE, I respectfully request that the Court enter an Order, substantially in the form attached hereto, granting me admission to practice *pro hac vice* in the United States Bankruptcy Court for the Western District of New York, to serve as counsel on behalf of Nephron Pharmaceuticals Corporation in this adversary proceeding.

Dated: April 5, 2022

NEXSEN PRUET, LLC

s/ Carl H. Petkoff
Carl H. Petkoff (SC Bar No. 104895)
1230 Main Street, Suite 700
Columbia, SC 29201
Post Office Box 2426 (29202)
Telephone: (803) 540-2189
Email: CPetkoff@nexsenpruet.com

*Counsel to Defendant Nephron Pharmaceuticals Corporation*