# Notice Recipients

District/Off: 0209−2    User: admin    Date Created: 4/14/2022
Case: 2−22−02069−PRW    Form ID: cmotele3    Total: 4

**Recipients of Notice of Electronic Filing:**
aty    Carl H. Petkoff    cpetkoff@nexsenpruet.com
aty    Ilan D Scharf    ischarf@pszjlaw.com
aty    Jason S Pomerantz    jspomerantz@pszjlaw.com
aty    Julio E Mendoza, Jr    rmendoza@nexsenpruet.com

TOTAL: 4